## CONFERENCE MEMORANDUM

Case No. CR. V-05-36

USA vs. Leeette Rietta Martinez

Date / Time: **July 5, 2005 @ 10:40 a.m.**

Appearance:
Counsel: *Tim Hammer* / *Roland Carlson*

Reporter: None

Representing: *Gov't.* / *Def.*

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 7 2005

MICHAEL N. MILBY, CLERK OF COURT

## ORDER FOLLOWING CONFERENCE

PTC held. Mr. Carlson moved for a continuance. The motion is granted. A separate order will be entered.

Time: 10
Date: **July 5, 2005**

*John D. Rainey*
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE